In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-053 CV


____________________



APAC-TEXAS, INC., Appellant



V.



CRYSTAL L. WESTBROOK, ORALIA WESTBROOK, AND 


GORDON WESTBROOK, INDIVIDUALLY AND AS NEXT FRIEND OF


GORDON WESTBROOK, JR., Appellees





On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-167884





MEMORANDUM OPINION (1)


 APAC-Texas, Inc., appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED.

 PER CURIAM


Opinion Delivered June 24, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.